UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western  ☐ St. Joseph<br>☐ Central   ☐ Southern<br>☐ Southwestern | | **Jackson** County and elsewhere | ☐ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name    Jonathan Good
Alias Name
Birthdate         05/17/1991

**Related Case Information**
Superseding Indictment/Information    ☐ Yes  ☒ No    if yes, original case number _____
New Defendant                          ☐ Yes  ☒ No
Prior Complaint Case Number, if any   _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA   Stephen C. Hughes

**Interpreter Needed**
☐ Yes        Language and/or dialect _____
☒ No

**Location Status**
Arrest Date   _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required     ☐ Yes  ☒ No
Warrant Required  ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts    1

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:922G.F/7830/4 | Felon in Possession of a Firearm | 1 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

(May be continued on reverse)

Date   7/21/2021         Signature of AUSA   /s/ Stephen C. Hughes