IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-00180-CR-W-HFS |
| ) | |
| JONATHAN GOOD ) | |
| ) | |
| Defendant. ) | |

ORDER

Having reviewed the record and briefing, I ADOPT the Report and Recommendation "R&R" (Doc. 48) and DENY the motion to dismiss (Doc. 29). Defendant's motion for additional time to file objections to the R&R (Doc. 49) is GRANTED, retroactively.

As indicated in other recent litigation, it has been my view that only as-applied challenges to felon-in-possession cases seem to be a close call under current Second Amendment jurisprudence – such as, tax evasion cases and others where a felon's prior record is unlike this one.

/s/ Howard F. Sachs

**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

January 3 , 2023

Kansas City, Missouri